## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRENNA REED,<br>　　　　　　　　**Plaintiff,** | CIVIL ACTION |
| **v.** | |
| EURO MOTORS, doing business as<br>"BMW OF MAINLINE,"<br>　　　　　　　　**Defendant.** | NO.  23-3551 |

## O R D E R

**AND NOW**, this 12th day of February, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 30), Plaintiff's objection thereto (ECF No. 33), and Defendant's reply in support of its Motion (ECF No. 34), it is **ORDERED** that the Motion is **GRANTED** as to Plaintiff's retaliation and racial harassment claims (Counts I, III, IV, and VI). Defendant's Motion is **DENIED** as to Plaintiff's remaining claims (Counts II and V).

　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**

　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**